Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARETHA MOSS, | ) |
| | ) **Case No.: 2:12-cv-09847-SS** |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| v. | ) **DISMISSAL** |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

RESPECTFULLY SUBMITTED,

Dated: February 18, 2013         /s/ Amy L. Bennecoff
                                 Amy L. Bennecoff
                                 Kimmel & Silverman, PC
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Phone: 215-540-8888
                                 Facsimile: 877-788-2864
                                 Email: abennecoff@creditlaw.com
                                 Attorney for Plaintiff